# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 08-mj-01150-MJW |
| | Edward Harris |
| ANTHONY BLASI | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 111(a)(1) | Interference with Federal Employee | On or before August 11, 2008 | 1 |

Defendant is sentenced to 6 months bench probation (unsupervised). Fine of $1,000 is suspended on condition that defendant not violate any laws during his 6 months of probation. Special assessment fee of $25 is due today. Upon payment of $25, bond is released. Court orders that count 2 is dismissed, upon government oral motion.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** $25 | $25.00 | ($1,000 suspended) |

December 12, 2008
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

December 12, 2008
Date